IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEBRACA RUSSELL,

    Plaintiff,

vs.                          CASE NO.: 4:07cv488-SPM/WCS

FAST PAYDAY LOANS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 14th day of July, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge